No. 1107. El Pueblo, Apelado, *v.* Tejera et al., Apelantes.—Motín. Arecibo. Diciembre 12, 1916. *Confirmada la sentencia.*

No. 1596. Díaz, etc., Apelante, *v.* Porto Rico Railway, Light & Power Co., Apelada.—Daños y perjuicios. San Juan, Sección Primera. Diciembre 15, 1916. *Desestimada la apelación.*

No. 1471. Santiago et al., Apelantes, *v.* Rodríguez et al., Apelados.—Impugnación de elecciones. Guayama.

No. 1475. Central Eureka, Incorporated, Apelante, *v.* Winscowich, Apelado.—*Injunction.* Mayagüez.

No. 1485. Pérez, Apelante, *v.* Navarro et al., Apelados.—Desahucio. Humacao.

No. 1500. Carrero, Apelante, *v.* Valle et al., Apelados.—Cobro de dinero. Mayagüez.

No. 1501. Carrero, Apelante, *v.* Valle, Apelado.—Cobro de dinero. Mayagücz.

No. 1517. López, Apelante, *v.* González, Márshal Municipal de Ponce et al., Apelados.—Daños y perjuicios. Ponce.

No. 1527. Colón et al., Apelantes, *v.* Armstrong & Co., S. en C., et al., Apelados.—Nulidad de hipoteca y otros extremos. Ponce.

No. 1547. Fernández, Apelante, *v.* Junta Escolar de Mayagüez, Apelada.—*Mandamus.*

Diciembre 15, 1916. *Desestimadas de oficio las apelaciones.*